897 A.2d 315

IN THE MATTER OF BARBARA J. WYSKOWSKI, AN ATTORNEY AT LAW (ATTORNEY NO. 001521993).

May 12, 2006.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–367, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **BARBARA J. WYSKOWSKI** of **MORRIS PLAINS**, who was admitted to the bar of this State in 1993, and who has been temporarily suspended from the practice of law since August 23, 2004, pursuant to *Rule* 1:20–15(k) by Order of the Court filed on July 21, 2004, should be suspended from the practice of law for a period of three months for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(d) (conduct prejudicial to the administration of justice) and *Rule* 1:20–20 (failure to meet requirements of suspended attorneys);

And the Disciplinary Review Board having determined that the three-month suspension should commence at the conclusion of respondent's temporary suspension from practice, which is in effect until respondent satisfies the award of the District XII Fee

Arbitration Committee in District Docket No. XII–03–017F and pays the sanction of $500 to the Disciplinary Oversight Committee as ordered by the Court on July 21, 2004;

And good cause appearing;

It is ORDERED that **BARBARA J. WYSKOWSKI** is suspended from the practice of law for a period of three months, effective on the termination of respondent's temporary suspension imposed by Order filed July 21, 2004, and until the further Order of the Court; and it is further

ORDERED that respondent shall not be reinstated to the practice of law unless and until she satisfies the outstanding fee arbitration determination in District Docket No. XII–03–017F and pays the sanction of $500 to the Disciplinary Oversight Committee as ordered by the Court on July 21, 2004; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law and continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.